IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TERRY MONTGOMERY,** | CIV S 04-2116 FCD DAD P |
| Petitioner, | **[HABEAS CORPUS;** |
| | **28 U.S.C., § 2254]** |
| v. | |
| | **ORDER** |
| **A.A. LAMARQUE, Warden,** | |
| Respondent. | |

GOOD CAUSE APPEARING, the time for filing a response to the second amended petition for writ of habeas corpus[1] is extended to and including July 18, 2005.

DATED: May 25, 2005.

_/s/ Dale A. Drozd_
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
mont2116.eot

---

1. In the court's April 19, 2005 order, the court inadvertently refers to petitioner's second amended petition for a writ of habeas corpus as petitioner's amended petition. The operative habeas petition is petitioner's second amended petition, filed on December 6, 2004.