IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TERRY MONTGOMERY,

    Petitioner,                   No. CIV S-04-2116 FCD DAD P

    vs.

W.A. DUNCAN, Warden, et al.,

    Respondents.              ORDER

_____/

        Petitioner has requested an extension of time to file and serve an opposition to the respondents' May 31, 2005 motion to dismiss. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Petitioner's June 23, 2005 and June 29, 2005 requests for an extension of time are granted; and

        2. Petitioner is granted thirty days from the date of this order in which to file and serve an opposition to respondents' May 31, 2005 motion to dismiss.

DATED: July 5, 2005.

                                      */s/ Dale A. Drozd*
                                      DALE A. DROZD
                                      UNITED STATES MAGISTRATE JUDGE

DAD/bb/4
mont2116.111