IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TERRY MONTGOMERY,

    Petitioner,        No. CIV S-04-2116 FCD DAD P

  vs.

W.A. DUNCAN, et al.,

    Respondents.      ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On January 26, 2006, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Neither party has filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

/////

1. The findings and recommendations filed January 26, 2006, are adopted in full;

2. Respondents' May 31, 2005 motion to dismiss the habeas petition as untimely is denied; and

3. Within thirty days from the service of this order, respondents shall file their answer to petitioner's second amended petition for a writ of habeas corpus.

DATED: March 6, 2006

/s/ Frank C. Damrell Jr.
FRANK C. DAMRELL JR.
United States District Judge