IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TERRY MONTGOMERY,

    Petitioner,                        No. CIV S-04-2116 FCD DAD P

    vs.

W.A. DUNCAN, et al.,

    Respondents.                  <u>ORDER</u>

/

        By order filed on March 6, 2006, the Honorable Frank Damrell, Jr. denied respondents' motion to dismiss the habeas petition as untimely, and ordered respondents to file their answer to petitioner's second amended petition for a writ of habeas corpus within thirty days. Respondents have failed to file their answer. Accordingly, IT IS HEREBY ORDERED that within twenty days from the date of this order, respondents shall file a response explaining why they have failed to comply with the court's order and why sanctions should not be imposed.

DATED: April 19, 2006.

                                                           DALE A. DROZD
                                                           UNITED STATES MAGISTRATE JUDGE

DAD:4
mont2116.osc

1