IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TERRY MONTGOMERY,

    Petitioner,                    No. CIV S-04-2116 FCD DAD P

    vs.

W.A. DUNCAN, et al.,

    Respondents.                ORDER

/

        On April 19, 2006, the court ordered respondents to file their answer to petitioner's second amended petition for a writ of habeas corpus and to explain why they had failed to comply with the court's March 6, 2006 order. Respondents filed their response and answer on April 24, 2006.

        Accordingly, IT IS HEREBY ORDERED that:

        1. The court's April 19, 2006 order to show cause is discharged; and

        2. Within thirty days from the service of this order, petitioner shall file a reply, if any, to respondents' answer.

DATED: April 26, 2006.

                                          /s/ Dale A. Drozd
                                          DALE A. DROZD
                                          UNITED STATES MAGISTRATE JUDGE

DAD:4
mont2116.reply